UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 13 B 19336
                                          CHAPTER 13
Christopher T Turnbull
                                          JUDGE LASHONDA A. HUNT

DEBTOR                                    **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O Marshall files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Waterfall Olympic Master Fund Grantor Trust

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 9 | XXXXXXXX3998 | $36,473.75 | $27,329.65 | $27,329.65 |
| Total Amount Paid by Trustee | | | | $27,329.65 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13 B 19336

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 2nd day of March, 2018.

Christopher T Turnbull, 2930 N Sheridan #2102, Chicago, IL 60657

ELECTRONIC SERVICE - Christopher Turnbull, 2930 N Sheridan 2102, Chicago, IL 60657

Waterfall Olympic Master Fund Grantor Trust, Statebridge Company LLC, 5680 Greenwood Plaza Blvd Ste 100S, Greenwood Village, CO 80115

ELECTRONIC SERVICE - United States Trustee

Date: March 02, 2018

/s/ Marilyn O Marshall

Marilyn O Marshall
Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604