IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   **Christopher Turnbull**           )        Case 13 B 19336
                                            )
                                            )        **Judge LaShonda A Hunt**
                        Debtor(s)           )

*Withdrawal of Notice of Final Cure Mortgage Payment*


Christopher Turnbull                        *Christopher Turnbull via the clerk's*
2930 N Sheridan Rd #2102                    *electronic service*
Chicago, IL 60657

    Please take notice that the Trustee's previously filed Notice of Final Cure
Mortgage Payments is hereby withdrawn as it no longer applies to mortgages
where the Stay was previously lifted.


*Certificate of Service*

    The undersigned certifies that this office served a copy of the foregoing
Notice upon the above listed parties on **March 26, 2018** by placing a copy of same
in the U.S. mail, first class postage prepaid and/or addressed as indicated above.

                                        O. Anthony Olivadoti
                                        for Marilyn O. Marshall,
                                        Standing Trustee


Marilyn O. Marshall
Standing Trustee
224 S. Michigan
Suite 800
Chicago, IL 60604
312-431-1300